JACKSON, Appellant, v. MOORE, Respondent. (Supreme Court, Appellate Division, Third Department. November 17, 1903.) Action by Suzette Jackson against De Witt C. Moore. No opinion. Motion granted, and appeal dismissed, with costs, including $10 costs of motion, unless the appellant within 10 days pays the $10 costs of motion and procures the case and exceptions to be signed and filed, and within 20 days thereafter serves three printed copies thereof, in which event motion denied.

JARVIS et al., Appellants, v. AMERICAN FORCITE POWDER MFG. CO., Respondent. (Supreme Court. Appellate Division, First Department. October 16, 1903.) Action by Susanna M. Jarvis and others against the American Forcite Powder Manufacturing Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

JEWELL, Appellant, v. JEWELL, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by James A. Jewell against Caroline L. Jewell. H. B. Closson, for appellant. W. Tharp, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

J. H. MOHLMAN CO., Respondent, v. LANDWEHR, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by the J. H. Mohlman Company against George Landwehr. No opinion. Motion denied.

JOHN SIMMONS CO., Respondent, v. HERTER, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by the John Simmons Company against Maria A. Herter. C. J. Hardy, for appellant. J. C. Palmer, for respondent. No opinion. Judgment affirmed, with costs.

JOHNSON, Appellant, v. KEYES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Addie L. Johnson, as administratrix, against Alanson C. Keyes and others. No opinion. Judgment affirmed, with costs.

In re JONES. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) In the matter of proceedings to compel Horace T. Jones, as trustee under the last will and testament of Georgiana T. Huff, deceased, to give security and render his account as executor and trustee, etc.

PER CURIAM. Motion to restore cause to calendar denied. Held, that there is no appeal pending. The first decree was reversed by this court, and there appears as yet to have been no appeal from the second decree; and the time to take such appeal apparently has not expired.

JONES v. WEST. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by Cornelia W. Jones against Augusta West. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

JUDD, Respondent, v. McKINLEY, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by Charlotte L. Judd against Roger McKinley, impleaded, etc. No opinion. Judgment and order affirmed, with costs.

KELLY, Respondent, v. LOFT, Appellant, (Supreme Court, Appellate Term. June 22, 1903.) Action by Nora Kelly, by her guardian, against Elizabeth M. Loft. From a judgment for plaintiff, defendant appeals. Affirmed. I. B. Ripin, for appellant. C. A. Curtin, for respondent.

PER CURIAM. Judgment affirmed, with costs.

MacLEAN, J. (dissenting). There is nothing herein to indicate that the child plaintiff did nor did not do anything, excepting that one witness said she stepped down from the sidewalk in front of the candy cart which the defendant's boy was trundling along the street. The girl herself was not produced, nor was any reason suggested for her not forthcoming. This is not enough to bring the case within the prevailing opinion in Sullivan v. Union Railway Company, 81 App. Div. 596, 81 N. Y. Supp. 449, to the effect that, where there is nothing in two conflicting versions of an accident to show that the injured person observed whether or not there was a vehicle in the street, it is still for the jury to say, from all the circumstances, whether the conduct of the child were such as to make it chargeable with contributory negligence. Moreover, two physicians, one for each side, say they discovered no evidence of any injury. The judgment should be reversed.

KELSEY v. BANK OF MANSFIELD. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Otto Kelsey, as receiver, etc., against the Bank of Mansfield. No opinion. Motion denied, with $10 costs.

KENNEDY, Respondent, v. EXCELSIOR BUILDING & LOAN ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Katie A. Kennedy against the Excelsior Building & Loan Association. No opinion. Order affirmed on argument, with $10 costs and disbursements.

KENT, Respondent, v. ÆTNA INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Robert D. Kent against the Ætna Insurance Company. No opinion. Motion denied.